141 A.3d 1275

COMMONWEALTH of Pennsylvania, Respondent,

v.

Leon MILLS, Petitioner.

Supreme Court of Pennsylvania.

July 19, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did not the trial court properly grant [P]etitioner's motion to dismiss pursuant to Pa.R.Crim.P. 600, where the time form a scheduling conference to a status listing consisted of time attributable to the conventional progression of a criminal case and was not judicial "delay," and was therefore correctly included in the calculation of the 365 days in which to bring [P]etitioner to trial, and thus where more than 365 days elapsed before [P]etitioner was brought to trial?